George, of New York City, for appellant. W. A. Ulman, of New York City, for respondents. PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

ANDREWS, Appellant, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Champe S. Andrews against the New York Times Company. L. Sturcke, of New York City, for appellant. A. A. Cook, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 152 N. Y. Supp. 1097.

ANDREWS v. NEW YORK TIMES CO. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Champe S. Andrews against the New York Times Company. No opinion. Motion for leave to appeal denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1097.

THE ANSONIA v. HEIN. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the Ansonia against Edna V. Hein. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 N. Y. Supp. 1097.

THE ANSONIA v. HEIN. (No. 7190.) (Supreme Court, Appellate Division, First Department. April 30, 1915.) Appeal from Trial Term, New York County. Action by The Ansonia against Edna Valentine Hein, now known as Mrs. Norman Selby. From a judgment entered upon the verdict of a jury, and from an order denying a motion for new trial, defendant appeals. Reversed, and new trial ordered. See, also, 152 N. Y. Supp. 1097. Harold M. Phillips, of New York City, for appellant. George M. Pinney, of New York City, for respondent.

PER CURIAM. The plaintiff has failed to sustain the burden of proof that the alterations in the lease sued on were made before signature by the plaintiff and delivery. The judgment and order appealed from must therefore be reversed, and a new trial ordered, with costs to appellant to abide the event. Order filed.

DOWLING, J., dissents.

ANTHONY & JONES CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the Anthony & Jones Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 163 App. Div. 934, 147 N. Y. Supp. 1097.

ARTHUR WALKER & CO., Inc., v. LEEMING. (No. 7010.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by Arthur Walker & Co., Incorporated, against William Leeming. From an order denying a motion to vacate an order for examina-

tion of defendant before trial, defendant appeals. Affirmed. Chas. H. Broas, of New York City, for appellant. L. O. Van Doren, of New York City, for respondent.

PER CURIAM. The order appealed from must be modified, by striking from the order for the examination of the defendant the provision requiring the production of books and papers on such examination. As so modified, the order is affirmed, without costs.

ARTHUR WOLFSOHN CO., Inc., v. JAFFE et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Arthur Wolfsohn Company, Incorporated, against Max Jaffe and others. No opinion. Entry of judgment pending determination of appeal allowed to the amount of $8,000; in other respects, motion for stay granted. Settle order on notice.

ASPHALT PAVING & CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by the Asphalt Paving & Contracting Company against the City of New York. L. L. Kellogg, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 953, 148 N. Y. Supp. 1104.

ATWOOD, Respondent, v. LAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Katherine E. Atwood, as administratrix, etc., against William F. Law.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence, and that the plaintiff failed to prove that the alleged negligence of defendant, which it is claimed caused the death of plaintiff's intestate, occurred within two years immediately preceding his death.

In re AYLER. (Supreme Court, Appellate Division, First Department. January 22, 1915.) In the matter of Junius C. Ayler. No opinion. Referred to Hon. H. A. Gildersleeve, official referee. Settle order on notice.

BAHEN, Respondent, v. CROWE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Catherine Bahen against Edward C. Crowe and another. No opinion. Judgment affirmed, with costs.

In re BALL. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the accounting of John Oscar Ball, as trustee, etc., of Mary Caulfield, deceased, etc. No opinion. Motion denied. See, also, 150 N. Y. Supp. 1074.